11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Michael Hartlove,                              * From the 238th District
                                                 Court of Midland County,
                                                 Trial Court No. CV47405.

Vs. No. 11-13-00115-CV                         * June 13, 2013

Butts Recycling, Inc.,                         * Per Curiam Memorandum Opinion
                                                 (Panel consists of: Wright, C.J.,
                                                 McCall, J., and Willson, J.)

This court has considered Michael Hartlove's and Butts Recycling, Inc.'s motions to dismiss this appeal and concludes that the motions should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.